IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

| | | |
|---|---|---|
| FRANCES GARCIA GUTIERREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:07-CV-158 |
| | ) | (Judge Bailey) |
| RANDSTAD INHOUSE SERVICES, L.P., | ) | |
| RANDSTAD GENERAL PARTNER (US) | ) | |
| LLC, and KEN GOODLING, | ) | |
| | ) | |
| Defendants. | ) | |

FILED
JAN 2 3 2008
U.S. DISTRICT COURT
WHEELING, WV 26003

## *ORDER*

*UPON CONSIDERATION OF THE FOREGOING Applications for Admission Pro Hac Vice, it is hereby*

***ORDERED*** that the Applicants Pro Hac Vice, John S. Snelling and Toni J. Read, be, and the same hereby are ***APPROVED*** and that the applicants may appear pro hac vice in this matter on behalf of the Defendants, Randstad Inhouse Services, L.P., Randstad General Partner (US) LLC and Ken Goodling.

ENTERED this 22nd day of January, 2008.

/s/ John Preston Bailey
The Honorable John Preston Bailey
United States District Judge
Northern District of West Virginia
At Martinsburg

{T0346529.1}